IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:22cr243 |
| | ) | |
| ANTHONY JAQUAN BOYD | ) | |

### ORDER

The defendant having demonstrated eligibility for appointment of counsel at government expense, Assistant Federal Public Defender Lisa S. Costner is directed to provide representation in this action as of January 3, 2024.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**

Date: March 18, 2024